```
 1  Edward W. Goldstein (admitted pro hac vice)
    Alisa A. Lipski (admitted pro hac vice)
 2  GOLDSTEIN, FAUCETT & PREBEG LLP
    1177 West Loop South, Fourth Floor
 3  Houston, TX 77027
    Telephone: 713-877-1515
 4  Facsimile:  713-877-1145

 5  Michael Adams (SBN 185835) (madams@rutan.com)
    RUTAN & TUCKER, LLP
 6  611 Anton Boulevard, Fourteenth Floor
    Costa Mesa, California 92626-1931
 7  Telephone: 714-641-5100
    Facsimile:  714-546-9035
 8
    Attorneys for Plaintiff
 9  EDUCATIONAL MUSIC ACCESSORIES
    COMPANY, L.L.C.
10
    KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
11  Lawrence Y. Iser (SBN 94611) (liser@kwikalaw.com)
    Jonathan P. Steinsapir (SBN 226281) (jsteinsapir@kwikalaw.com)
12  808 Wilshire Boulevard, 3rd Floor
    Santa Monica, California 90401
13  Telephone: 310.566.9800
    Facsimile: 310.566.9850
14
    Attorneys for Defendant
15  ROLAND CORPORATION U.S.
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EDUCATIONAL MUSIC ACCESSORIES COMPANY, L.L.C., a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ROLAND CORPORATION U.S., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. SA CV 07-1359 AG (MLGx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION IN ITS ENTIRETY |

75554.00114/43771.1                                      SA CV 07-1359 AG (MLGx)

[PROPOSED] ORDER

1 | Pursuant to the Joint Stipulation Dismissing Complaint and Counterclaim
2 | with Prejudice,
3 | IT IS HEREBY ORDERED AND ADJUDGED THAT:
4 | 1. The above-captioned action, including all claims for relief in the
5 | Complaint and in the Counterclaim, are hereby dismissed with prejudice,
6 | 2. Each party shall bear its own fees, costs and expenses in connection
7 | with this action,
8 | 3. Trial and all other matters in this action are vacated, and
9 | 4. All pending motions are denied as moot.

Dated: 2/27/09

HON. ANDREW J. GUILFORD
United States District Judge

75554.00114/43771.1                                             SA CV 07-1359 AG (MLGx)

[PROPOSED] ORDER